**Amrane Cohen, Trustee**  
**Orange City Square**  
**770 The City Dr. South, #3700**  
**Orange, CA  92868**

Case#: 8:19-bk-10049-TA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from October 01, 2022 to March 31, 2023  
Chapter 13 Case #: 8:19-bk-10049-TA

Re:  **Sunny Omidvar**  
**462 South Paseo Serena**  
**Anaheim, CA  92807**

Attorney:  **Benjamin R Heston**  
**Heston & Heston**  
**19700 Fairchild Road**  
**Suite 280**  
**Irvine, CA  92612**

This case percentage to unsecured creditors is 0.00 %

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| Oct-22 | 19427817400 | $810.00 | Nov-22 | 19436318882 | $810.00 | Dec-22 | 19458695329 | $810.00 |
| Jan-23 | 19318967400 | $810.00 | Feb-23 | 19322671361 | $810.00 | Mar-23 | 19329223032 | $810.00 |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| CLAIMANT NAME | | ACCOUNT # | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt | |

**American Honda Finance** — 4116

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent | Principal | Interest | Balance |
|---|---|---|---|---|---|---|---|---|
| 2 | | | | NOT FILED | | | | |
| 20 | 4 | | | PAY DIRECT | | | | |
| 32 | 4 | Unsecured | | 6,885.00 | 0.00% | 0.00 | 0.00 | 0.00 |

**AMERICAN HONDA FINANCE CORPORAT**

| 26 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**Amrane (SA) Cohen (TR)**

| 11 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**Benjamin R Heston**

| 12 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**Broadmoor Northridge Community Assn**

| 3 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**BROADMOOR NORTHRIDGE COMMUNIT** — 0007

| 14 | 8 | Secured | 10.00% | 29,982.70 | 100.00% | 12,419.89 | 10,093.92 | 17,562.81 |
|---|---|---|---|---|---|---|---|---|

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| October 21, 2022 | 6234178 | CR | $507.56 | October 21, 2022 | 6234178 | INT | $172.27 |
| November 18, 2022 | 6234790 | CR | $511.79 | November 18, 2022 | 6234790 | INT | $168.04 |
| December 16, 2022 | 6235365 | CR | $516.06 | December 16, 2022 | 6235365 | INT | $163.77 |

| CLAIMANT NAME | | | ACCOUNT # | | | | Case#: 8:19-bk-10049-TA | |
|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| January 13, 2023 | 6235894 | CR | $520.36 | January 13, 2023 | 6235894 | INT | $159.47 |
| February 03, 2023 | 6236408 | CR | $524.69 | February 03, 2023 | 6236408 | INT | $155.14 |
| March 10, 2023 | 6236898 | CR | $529.06 | March 10, 2023 | 6236898 | INT | $150.77 |

**Broadmoor Northridge Community Association**

| 27 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**CAVALRY SPV I, LLC** — 0325

| 13 | 1 | Unsecured | 95,849.32 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| 16 | | | NOT FILED | | | | |

**Cbna** — 4269

| 4 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**CIR Law Office, LLP**

| 24 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**Citibank (South Dakota) NA** — 7840

| 5 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**CITIBANK, N.A.** — 6846

| 23 | 10 | Unsecured | 124.59 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| 28 | | | NOT FILED | | | | |

**Courtesy NEF**

| 25 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**CREDIT ONE BANK** — 4447

| 6 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**Discover Bank** — 7033

| 29 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**LHR/Bank of America**

| 30 | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|

**LVNV Funding, LLC** — 4272

| 22 | 7 | Unsecured | 60.23 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| 31 | | | NOT FILED | | | | |

**NDS, LLC** — 3292

| 7 | 5 | Unsecured | 223,491.95 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| 21 | 6 | Unsecured | 27,097.03 | 0.00% | 0.00 | 0.00 | 0.00 |

**Pharus Funding LLC** — 2343

| 17 | 2 | Unsecured | 25,525.02 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

**PORTFOLIO RECOVERY ASSOCIATES, LLC** — 9306

| 19 | 9 | Unsecured | 1,713.99 | 0.00% | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

**Santa Ana Division**

| CLAIMANT NAME | | ACCOUNT # | | | | | Case#: 8:19-bk-10049-TA | |
|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | |
| 1 | | | NOT FILED | | | | | |
| SELECT PORTFOLIO SERVICING INC | | 6459 | | | | | | |
| 8 | 3 | Secured | | 2,765.04 | 100.00% | 1,628.47 | 0.00 | 1,136.57 |
| | October 21, 2022 | 6234578 | CR | $49.17 | November 18, 2022 | 6235161 | CR | $49.17 |
| | December 16, 2022 | 6235700 | CR | $49.17 | January 13, 2023 | 6236223 | CR | $49.17 |
| | February 03, 2023 | 6236697 | CR | $49.17 | March 10, 2023 | 6237280 | CR | $49.17 |
| Thd/cbna | | 6035 | | | | | | |
| 9 | | | NOT FILED | | | | | |
| U.S. Bank NA | | | | | | | | |
| 18 | | | NOT FILED | | | | | |
| U.S. Bank NA, successor trustee to Bank of A | | | | | | | | |
| 15 | | | NOT FILED | | | | | |
| United States Trustee (SA) | | | | | | | | |
| 10 | | | NOT FILED | | | | | |

Case#: 8:19-bk-10049-TA

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 03/31/2023

Receipts: $37,334.00  Plan Base: * $53,897.00  Base Balance: ** $16,563.00  Balance On Hand: $729.00

Paid to Creditors: $31,892.28  Attorney Fees: $8,850.00  Debtor Refund: $0.00  Trustee Fees: $3,612.72

---

**NOTE:** Checks issued by this office are highlighted in grey.

**\* NOTE:** The Debtor(s) must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance contact the office at 714-621-0200 or connect to www.ndc.org.

**\*\* NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee. This requirement is waived for 2020 Federal tax refund because of COVID relief legislation.

You can make your plan payment by:

- Sending cashier checks or money orders payable to Amrane Cohen Trustee to P.O. Box 1252, Memphis, TN 38101-1252.
- Signing up for automatic withdrawal from your bank account by calling 714-621-0200.
- By making your payment through ePay as described below.

### ePay for the Office of Amrane Cohen, Chapter 13 Trustee

ePay is an on-line system that allows you to tender your payments to the trustee on-line.  You will benefit from using this system because:

The cost of the system may be less than the cost of purchasing cashier's checks or money order.

You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

You will get e-mail confirmation that your payment has been tendered.

If there is any problem getting the funds from your bank account you will get notification the next day.

Payments will usually be posted to your case within two business days.

You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system.  Registering is free and simple.  It can be done on-line at your convenience.  You may access the ePay system by visiting our web site: **ch13ac.com** and clicking on the ePay selection on the first page of the site.

You will be required to enter a transaction ID.  In your case, your transaction ID is **1910049** followed by the last 4 digits of the social security number of person listed first in this report (if you have a joint case).

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank.  The fee is $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.