AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 3700
Orange, CA 92868
Tel.: (714) 621-0200

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA**

| | |
|---|---|
| IN RE:<br><br>Sunny Omidvar<br>462 South Paseo Serena<br>Anaheim, CA 92807<br><br>Debtor(s). | Case No.: 8:19-bk-10049-TA<br><br>**NOTICE OF INTENT TO PAY CLAIMS**<br>(Change of Creditor Address) |

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed Creditor has changed its address or transferred the claim to a new servicer. The Trustee intends to pay claims to the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at 411 West 4th Street, Santa Ana, CA 92701 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest within twenty one (21) days from the date of this notice.

| PREVIOUS ADDRESS | NEW ADDRESS |
|---|---|
| BROADMOOR NORTHRIDGE COMMUNITY ASSOC<br>C/O THE JUDGE LAW FIRM, ALC<br>18650 MACARTHUR BLVD<br>SUITE 450<br>IRVINE, CA 92612 | Broadmoor Northridge Community Assoc<br>c/o The Judge Law Firm<br>300 Spectrum Center Dr. Ste 100<br>Irvine, CA 92618-4965 |

**THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.**

Dated: 3/18/2025                                                                  /s/AMRANE COHEN
                                                                                              AMRANE COHEN

14

| | |
|---|---|
| In re:<br>Sunny Omidvar<br>462 South Paseo Serena<br>Anaheim, CA 92807    Debtor(s). | CHAPTER 13<br><br>Case No.: 8:19-bk-10049-TA |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as NOTICE OF INTENT TO PAY CLAIM (Change of Creditor Address) will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/18/2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin R Heston                    BHESTON.ECF@GMAIL.COM
                                     BEN@HESTONLAW.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/18/2025 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Sunny Omidvar
462 South Paseo Serena
Anaheim, CA 92807

Broadmoor Northridge Community Assoc
c/o The Judge Law Firm
300 Spectrum Center Dr. Ste 100
Irvine, CA 92618-4965

BROADMOOR NORTHRIDGE
COMMUNITY ASSOC
C/O THE JUDGE LAW FIRM, ALC
18650 MACARTHUR BLVD
SUITE 450
IRVINE, CA 92612

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/18/2025 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| Date | Type Name | Reyna Patrick |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE