Certificate Number: 03841-CAC-DE-039553972

Bankruptcy Case Number: 19-10049



03841-CAC-DE-039553972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 13, 2025</u>, at <u>1:21</u> o'clock <u>PM PDT</u>, <u>Sunny Omidvar</u> completed a course on personal financial management given <u>by internet</u> by <u>Amrane Cohen, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>April 14, 2025</u>

By:  <u>/s/Scott E Kehiaian</u>

Name:  <u>Scott E Kehiaian</u>

Title:  <u>TEN Representative</u>