**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sunny Omidvar |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA (State) |
| Case Number: | 8:19-bk-10049-TA |

# Form 4100N
## Notice of Final Cure Payment                                           10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | Broadmoor Northridge Community Assoc |
| Court claim no. (if known): | 8 |
| Last 4 digits of any number you use to identify the debtor's account | 0 0 0 7 |
| Property Address: | 462 South Paseo Serena, ANAHEIM, CA 92807 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                     **Amount**

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 29,982.70 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 42,078.20 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 42,078.20 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

    Current monthly mortgage payment                                                    $ _____

    The next postpetition payment is due on  __/__/____
                                                         MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | Sunny Omidvar | Case number *(if known)* | 8:19-bk-10049-TA |
|---|---|---|---|
| | Name | | |

**Part 4:    A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Amrane Cohen        Date  05/13/2025
Signature

Trustee    Amrane Cohen

Address    ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

Contact phone   (714) 621-0200        Email

| Debtor 1 | **Sunny Omidvar** | Case number *(if known)* | **8:19-bk-10049-TA** |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 08/16/2019 | 6209801 | Interest | 350.00 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 09/20/2019 | 6210304 | Amount Disbursed To Credit | 30.59 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 09/20/2019 | 6210304 | Interest | 649.44 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 03/27/2020 | 0268575 | Interest | 666.02 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 04/24/2020 | 6214752 | Interest | 681.91 |
| 14 | BROAD NORTHRIDGE COMM | Mortgage Arrears | 05/15/2020 | 6215465 | Interest | 253.19 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/19/2020 | 6216040 | Interest | 335.72 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/17/2020 | 6216769 | Interest | 419.65 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/21/2020 | 6217472 | Amount Disbursed To Credit | 122.86 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/21/2020 | 6217472 | Interest | 389.11 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/18/2020 | 6218178 | Amount Disbursed To Credit | 429.57 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/18/2020 | 6218178 | Interest | 248.58 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/16/2020 | 6218857 | Amount Disbursed To Credit | 433.15 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/16/2020 | 6218857 | Interest | 245.00 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/20/2020 | 6219518 | Amount Disbursed To Credit | 436.76 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/20/2020 | 6219518 | Interest | 241.39 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/18/2020 | 6220263 | Amount Disbursed To Credit | 440.40 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/18/2020 | 6220263 | Interest | 237.75 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/15/2021 | 6220917 | Amount Disbursed To Credit | 444.07 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/15/2021 | 6220917 | Interest | 234.08 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/19/2021 | 6221578 | Amount Disbursed To Credit | 447.77 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/19/2021 | 6221578 | Interest | 230.38 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/16/2021 | 6222982 | Interest | 147.53 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/21/2021 | 6223667 | Interest | 503.57 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/17/2021 | 6224370 | Amount Disbursed To Credit | 248.07 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/17/2021 | 6224370 | Interest | 255.50 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/16/2021 | 6225012 | Amount Disbursed To Credit | 278.99 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/16/2021 | 6225012 | Interest | 224.58 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/20/2021 | 6225664 | Amount Disbursed To Credit | 281.32 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/20/2021 | 6225664 | Interest | 222.25 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/17/2021 | 6226356 | Amount Disbursed To Credit | 283.66 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/17/2021 | 6226356 | Interest | 219.91 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/15/2021 | 6226970 | Amount Disbursed To Credit | 286.02 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/15/2021 | 6226970 | Interest | 217.55 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/17/2021 | 6228272 | Amount Disbursed To Credit | 753.08 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/17/2021 | 6228272 | Interest | 430.32 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/25/2022 | 6228874 | Amount Disbursed To Credit | 1,147.40 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/25/2022 | 6228874 | Interest | 208.89 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/18/2022 | 6230087 | Amount Disbursed To Credit | 281.19 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/18/2022 | 6230087 | Interest | 398.64 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/15/2022 | 6230684 | Amount Disbursed To Credit | 482.85 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/15/2022 | 6230684 | Interest | 196.98 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/23/2022 | 6231266 | Amount Disbursed To Credit | 1,166.69 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/23/2022 | 6231266 | Interest | 192.96 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/15/2022 | 6232422 | Amount Disbursed To Credit | 313.35 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/15/2022 | 6232422 | Interest | 366.48 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/19/2022 | 6233001 | Amount Disbursed To Credit | 499.21 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/19/2022 | 6233001 | Interest | 180.62 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/16/2022 | 6233639 | Amount Disbursed To Credit | 503.37 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/16/2022 | 6233639 | Interest | 176.46 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/21/2022 | 6234178 | Amount Disbursed To Credit | 507.56 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/21/2022 | 6234178 | Interest | 172.27 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/18/2022 | 6234790 | Amount Disbursed To Credit | 511.79 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/18/2022 | 6234790 | Interest | 168.04 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/16/2022 | 6235365 | Amount Disbursed To Credit | 516.06 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/16/2022 | 6235365 | Interest | 163.77 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/13/2023 | 6235894 | Amount Disbursed To Credit | 520.36 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/13/2023 | 6235894 | Interest | 159.47 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/03/2023 | 6236408 | Amount Disbursed To Credit | 524.69 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/03/2023 | 6236408 | Interest | 155.14 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/10/2023 | 6236898 | Amount Disbursed To Credit | 529.06 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/10/2023 | 6236898 | Interest | 150.77 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/07/2023 | 6237488 | Amount Disbursed To Credit | 533.47 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/07/2023 | 6237488 | Interest | 146.36 |

| Debtor 1 | **Sunny Omidvar** | Case number *(if known)* | **8:19-bk-10049-TA** |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/05/2023 | 6238006 | Amount Disbursed To Credit | 537.92 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/05/2023 | 6238006 | Interest | 141.91 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/09/2023 | 6238533 | Amount Disbursed To Credit | 542.40 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/09/2023 | 6238533 | Interest | 137.43 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/07/2023 | 6239113 | Amount Disbursed To Credit | 546.92 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/07/2023 | 6239113 | Interest | 132.91 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/04/2023 | 6239619 | Amount Disbursed To Credit | 551.48 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 08/04/2023 | 6239619 | Interest | 128.35 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/08/2023 | 6240112 | Amount Disbursed To Credit | 556.07 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/08/2023 | 6240112 | Interest | 123.76 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/06/2023 | 6240644 | Amount Disbursed To Credit | 560.71 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/06/2023 | 6240644 | Interest | 119.12 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/09/2023 | 6241124 | Amount Disbursed To Credit | 565.38 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/09/2023 | 6241124 | Interest | 114.45 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/08/2023 | 6241616 | Amount Disbursed To Credit | 570.09 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/08/2023 | 6241616 | Interest | 109.74 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/05/2024 | 6242046 | Amount Disbursed To Credit | 574.84 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/05/2024 | 6242046 | Interest | 104.99 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/09/2024 | 6242506 | Amount Disbursed To Credit | 579.63 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/09/2024 | 6242506 | Interest | 100.20 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/08/2024 | 6242983 | Amount Disbursed To Credit | 584.46 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/08/2024 | 6242983 | Interest | 95.37 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/05/2024 | 6243447 | Amount Disbursed To Credit | 757.18 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 04/05/2024 | 6243447 | Interest | 90.50 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/03/2024 | 6243912 | Amount Disbursed To Credit | 755.10 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 05/03/2024 | 6243912 | Interest | 84.19 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/10/2024 | 6244365 | Amount Disbursed To Credit | 761.40 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 06/10/2024 | 6244365 | Interest | 77.89 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/08/2024 | 6244365 | Cancelled Check To Creditor | -761.40 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 07/08/2024 | 6244365 | Cancelled Check To Creditor | -77.89 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/06/2024 | 6245752 | Amount Disbursed To Credit | 3,019.72 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 09/06/2024 | 6245752 | Interest | 155.78 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/04/2024 | 6246164 | Amount Disbursed To Credit | 847.27 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 10/04/2024 | 6246164 | Interest | 52.73 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/08/2024 | 6246597 | Amount Disbursed To Credit | 854.33 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 11/08/2024 | 6246597 | Interest | 45.67 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/05/2024 | 6247055 | Amount Disbursed To Credit | 861.45 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 12/05/2024 | 6247055 | Interest | 38.55 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/03/2025 | 6247468 | Amount Disbursed To Credit | 868.63 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 01/03/2025 | 6247468 | Interest | 31.37 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/07/2025 | 6247873 | Amount Disbursed To Credit | 875.87 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 02/07/2025 | 6247873 | Interest | 24.13 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/10/2025 | 6247468 | Cancelled Check To Creditor | -868.63 |
| 14 | BROADMOOR NORTHRIDGE | Mortgage Arrears | 03/10/2025 | 6247468 | Cancelled Check To Creditor | -31.37 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 05/09/2025 | 6249163 | Amount Disbursed To Credit | 2,888.52 |
| 14 | Broadmoor Northridge Commur | Mortgage Arrears | 05/09/2025 | 6249163 | Interest | 55.44 |

**Total for Part 2 - b:** 42,078.20