| | |
|---|---|
| In re:<br>Sunny Omidvar<br>462 South Paseo Serena<br>Anaheim, CA 92807 Debtor(s). | CHAPTER 13<br><br>Case No.:8:19-bk-10049-TA |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding . My business address:
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

A true and correct copy of the foregoing document described <u>NOTICE OF FINAL CURE</u> will be served or was serve **(a)** on the judge in chambers in the form and manner required by LBR 5005-2 (d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to co General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document . On <u>5/13/2025</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen                           efile@ch13ac.com
United States Trustee(SA)              ustpregion16.sa.ecf@usdoj.gov
Benjamin R Heston                      BHESTON.ECF@GMAIL.COM
                                       BEN@HESTONLAW.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On <u>5/13/2025</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed anvelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed .

Sunny Omidvar, 462 South Paseo Serena, Anaheim, CA 92807
Broadmoor Northridge Community Assoc, c/o The Judge Law Firm, 300 Spectrum Center Dr. Ste 100, Irvine, CA 92618-4965

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL (indicate method for each or entity served):** Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on <u>5/13/2025</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed .

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/13/2025 | CHRIS WILLISON | /s/ CHRIS WILLISON |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE