**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>SUNNY OMIDVAR<br><br>                        Debtor(s). | Case No.:  8:19-bk-10049-TA<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, AND OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE.**<br>                        **(Post BAPCPA Case)** |

TO:  THE ABOVE NAMED DEBTOR(S), THEIR CREDITORS,  THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA  AND  ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Amrane Cohen the Chapter 13 Trustee in the above-captioned case,  intends  to  file a  Final Report & Account, a copy of which is printed on the next page of this notice, and to obtain discharge of the Chapter 13 Trustee.

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that any party  objecting  to  the Final Report & Account may file and serve a written  objection  and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice, the Court will  discharge  the Trustee's bond. (see Rule  5009, F.R.B.P.);

NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filed with this Court and served upon the  Chapter 13 Trustee at the address  set  forth  above, upon  the  Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Dated: 5/21/2025

                                                                             /s/ Amrane Cohen             
                                                                Amrane Cohen, Chapter 13 Trustee

**PROPOSED FINAL REPORT & ACCOUNT**
Unsecured Percentage: 0.00 %

| Claim# | Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|---|
| 0 | Benjamin R Heston | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| 0 | Benjamin R Heston | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 0 | Benjamin R Heston | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| 0 | Sunny Omidvar | $1,128.93 | $1,128.93 | $0.00 | $0.00 |
| 1 | Santa Ana Division | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | American Honda Finance | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Broadmoor Northridge Community Assn | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Cbna | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Citibank (South Dakota) NA | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CREDIT ONE BANK | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NDS, LLC | $223,491.95 | $0.00 | $0.00 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC | $2,765.04 | $2,765.04 | $0.00 | $0.00 |
| 9 | Thd/cbna | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | United States Trustee (SA) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Amrane (SA) Cohen (TR) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Benjamin R Heston | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAVALRY SPV I, LLC | $95,849.32 | $0.00 | $0.00 | $0.00 |
| 14 | Broadmoor Northridge Community Assoc | $29,982.70 | $29,982.70 | $12,095.50 | $0.00 |
| 15 | U.S. Bank NA, successor trustee to Bank of A | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Cavalry SPV I, LLC | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Pharus Funding LLC | $25,525.02 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. Bank NA | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LL | $1,713.99 | $0.00 | $0.00 | $0.00 |
| 20 | AMERICAN HONDA FINANCE | $18,658.56 | $0.00 | $0.00 | $0.00 |
| 21 | NDS, LLC | $27,097.03 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV Funding, LLC | $60.23 | $0.00 | $0.00 | $0.00 |
| 23 | CITIBANK, N.A. | $124.59 | $0.00 | $0.00 | $0.00 |
| 24 | CIR Law Office, LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | Courtesy NEF | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | AMERICAN HONDA FINANCE CORPORAT | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Broadmoor Northridge Community Association | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Citibank, N.A. | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Discover Bank | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | LHR/Bank of America | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV Funding, LLC | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | AMERICAN HONDA FINANCE | $6,885.00 | $0.00 | $0.00 | $0.00 |

Summary:

| | |
|---|---|
| Total Receipts | $60,654.00 |
| Paid to Claims | $52,593.24 |
| Attorney fees | 8,850.00 |
| Debtor Refund | $1,128.93 |
| Trustee fees and costs | $5,831.83 |

| | | |
|---|---|---|
| **In re:**<br>Sunny Omidvar<br>462 South Paseo Serena<br>Anaheim, CA 92807 | Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:19-bk-10049-TA |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 5/21/2025  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin R Heston         BHESTON.ECF@GMAIL.COM
                          BEN@HESTONLAW.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/21/2025 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Please see attached List

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/21/2025 | ALDO AMAYA | /s/ ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     F 9013-3.1.PROOF.SERVICE

Sunny Omidvar
462 South Paseo Serena
Anaheim, CA 92807

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4593

American Honda Finance
10801 Walker Street, Suite 140
Cypress, CA 90630

Broadmoor Northridge Community Assn
c/o The Judge Law Firm
18881 Von Karman Ave.
Suite 1500
Irvine, CA 92612

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Citibank (South Dakota) NA
c/o Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS, NV 89193

NDS, LLC
c/o Law Offices of Michael Schulman
18757 Burbank Blvd, Suite 310
Tarzana, CA 91356

SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

Amrane (SA) Cohen (TR)
770 The City Drive South Suite 8500
Orange, CA 92868

Benjamin R Heston
Heston & Heston
19700 Fairchild Road
Suite 280
Irvine, CA 92612

Benjamin R Heston
Heston & Heston
19700 Fairchild Road
Suite 280
Irvine, CA 92612

CAVALRY SPV I, LLC
PO BOX 27288
TEMPE, AZ 85282

U.S. Bank NA, successor trustee to Bank of A
c/o McCarthy & Holthus, LLP
411 Ivy Street
San Diego, CA 92101

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Pharus Funding LLC
10751 N Frank Lloyd Wright Blvd Ste 201
Scottsdale, AZ 85259

U.S. Bank NA
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

CITIBANK, N.A.
6716 GRADE LANE BLDG 9
SUITE 910-PY DEPT
LOUISVILLE, KY 40213-3439

AMERICAN HONDA FINANCE
PO BOX 168088
IRVING, TX 75016-8088

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CIR Law Office, LLP
8665 Gibbs Dr Ste 150
San Diego, CA 92123

AMERICAN HONDA FINANCE CORPORATION
NATIONAL BANKRUPTCY CENTER
P.O. BOX 168088
IRVING, TX 75016-8088

Broadmoor Northridge Community Association
c/o The Judge Law Firm, ALC
18881 Von Karman Ave, Suite 1500
Irvine, CA 92612

Citibank, N.A.
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Discover Bank
c/o Cir Law Group, LLP
8665 Gibbs Drive, Ste 150
San Diego, CA 92123

LHR/Bank of America
c/o Steven A Booska, Ste 720
San Francisco, CA 00000

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA 23541

Broadmoor Northridge Community Assoc
c/o The Judge Law Firm
300 Spectrum Center Dr. Ste 100
Irvine, CA 92618-4965