AMRANE COHEN
CHAPTER 13 TRUSTEE
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868
Tel: (714) 621-0200
Fax: (714) 621-0277

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SUNNY OMIDVAR<br><br>Debtor(s). | Case No.:  8:19-bk-10049-TA<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT<br>(Completed Payments) |

On   May 21, 2025, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

The debtor(s) completed payments under the terms of the confirmed plan and no party in interest has objected to the "Notice of Filing of Trustee's Final Report and Account".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2025 at Orange, California.

Dated:  July 10, 2025

/s/ ALDO AMAYA
ALDO AMAYA