United States Bankruptcy Court

Central District of California

In re:  
Sunny Omidvar  
    Debtor

Case No. 19-10049-MH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3  
Date Rcvd: Jul 10, 2025      Form ID: van111      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sunny Omidvar, 462 South Paseo Serena, Anaheim, CA 92807-4214 |
| 39288585 | + | Broadmoor Northridge Community Assn, c/o The Judge Law Firm, 18881 Von Karman Ave., Suite 1500, Irvine, CA 92612-1582 |
| 40275987 | + | Broadmoor Northridge Community Assoc., c/o The Judge Law Firm ALC, 18650 MacArthur Blvd Ste 450, Irvine, CA 92612-1253 |
| 39409733 | + | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Suite 1500, Irvine, CA 92612-1582 |
| 39480488 | + | Discover Bank, c/o Cir Law Group, LLP, 8665 Gibbs Drive, Ste 150, San Diego, CA 92123-1739 |
| 39481274 | | LHR/Bank of America, c/o Steven A Booska, Ste 720, San Francisco, CA 94104 |
| 39302543 | #+ | Pharus Funding LLC, 10751 N Frank Lloyd Wright Blvd Ste 201, Scottsdale, AZ 85259-2684 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 11 2025 00:41:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 11 2025 00:41:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2025 00:41:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Jul 11 2025 00:40:00 | U.S. Bank NA, successor trustee to Bank of America, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 39317696 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 11 2025 00:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 39288584 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 11 2025 00:41:00 | American Honda Finance, 10801 Walker Street, Suite 140, Cypress, CA 90630-5042 |
| 39288586 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 01:00:03 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 39292287 | + | Email/Text: bankruptcy@cavps.com | Jul 11 2025 00:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 39288587 | | Email/Text: info@hunthenriques.com | Jul 11 2025 00:41:00 | Citibank (South Dakota) NA, c/o Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, CA 95119-1306 |
| 39418877 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 00:59:35 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39288588 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 00:42:02 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

Case 8:19-bk-10049-MH    Doc 124    Filed 07/12/25    Entered 07/12/25 21:16:53    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: van111 | Total Noticed: 24 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 39391842 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 00:41:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39288589 | + | Email/Text: mike@schulmanlawoffices.com | Jul 11 2025 00:40:00 | NDS, LLC, c/o Law Offices of Michael Schulman, 18757 Burbank Blvd, Suite 310, Tarzana, CA 91356-3393 |
| 40161173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2025 00:41:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 39288590 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2025 00:41:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 39288591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 01:00:23 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39313222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2025 00:41:00 | U.S. Bank NA, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | *+ | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Ste 1500, Irvine, CA 92612-1582 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Avi Schild | on behalf of Interested Party Courtesy NEF bk@atlasacq.com |
| Benjamin Heston | on behalf of Debtor Sunny Omidvar bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 dacoats@raslg.com |
| James A Judge | on behalf of Creditor Broadmoor Northridge Community Association james@thejudgefirm.com mary@thejudgefirm.com |
| Jennifer C Wong | |

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: van111 | Total Noticed: 24 |

|  |  |
|---|---|
|  | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kristin A Schuler-Hintz | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Sunny Omidvar
**SSN:** xxx–xx–3292
**EIN:** N/A
fka Mostafa Omidvar

462 South Paseo Serena
Anaheim, CA 92807

**BANKRUPTCY NO.** 8:19–bk–10049–MH
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above–captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: July 10, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN–111)

**123 / C4**