| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BENJAMIN HESTON SBN: 297798<br>NEXUS BANKRUPTCY<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>951-290-2827<br>ben@nexusbk.com | |

☐ Individual appearing without an attorney
☒ Attorney for Debtor(s)

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>SUNNY OMIDVAR<br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-10049-MH<br>CHAPTER: 13<br><br>**DEBTOR'S CERTIFICATE OF COMPLIANCE UNDER 11 U.S.C. § 1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE**<br><br>*(In a joint bankruptcy case, each co-debtor must file a separate Certificate of Compliance and Application for Entry of Discharge)* |
|---|---|

The Debtor in the above-captioned bankruptcy case certifies:

1. ☒ I have completed all payments required by my confirmed plan, including all domestic support obligations, if any.

2. ☒ I have made all domestic support payments required by a judicial or administrative order, or by statute which have come due since the filing of this case.

3. ☒ My address is: 462 S. Paseo Serena, Anaheim, CA 92807

4. ☒ My most recent employer's name and address are:
   McDonald's
   22322 Old Canal Rd. Yorba Linda, Ca. 92887.

5. ☒ The following creditors hold debts which have been determined to be nondischargeable under 11 U.S.C. §523(a)(2) or (a)(4):
   None

6. ☒ The following creditors hold debts which I have reaffirmed in writing:
   None

---

*This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

December 2015                    Page 1                    F 3015-1.8.DISCHARGE.APPLICATION

7. ☒ I have not executed a written waiver of discharge in this case.

8. ☒ I have not received a discharge in a case filed under chapter 7, 11, or 12 during the 4-year period preceding the date of the order for relief under chapter 13 in the present case.

9. ☒ I have not received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief under chapter 13 in the present case.

10. ☒ Since the filing of this case:

    ☒ I have completed an instructional course concerning personal finance management approved by the United States Trustee.

    ☐ I have been excused from compliance with the requirement to complete an instructional course concerning financial management approved by the United States Trustee.

11. ☒ I have not exempted more than $155,675 in any of the following:

    a. real or personal property used as a residence by me or any of my dependents, OR
    b. in a cooperative that owns property used as a residence by me or any of my dependents, OR
    c. in a burial plot for me or any of my dependents, OR
    d. in any real or personal property in which I or any of my dependents have claimed as a homestead

12. You must answer the following inquiries ONLY if you have exempted more than $155,675 in property described in question 11 above.

    a. The Property is reasonably necessary for my support and the support of my dependents.

    b. ☒ I was not convicted of a felony before the filing of this case.
       ☐ I was convicted of a felony before the filing of this case.
       ☐ I have been convicted of a felony during the pendency of this case.
       ☐ I am not aware of any pending proceeding in which I may be found guilty of a felony.

       Describe the circumstances (attach additional sheet if necessary)

    c. I owe a debt arising from one or more of the following:
       ☐ a violation of federal or state securities laws or regulations or orders issued under federal or state securities laws;
       ☐ fraud, deceit or manipulation in connection with the sale or purchase of any registered security;
       ☐ a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.
       ☒ none of the above.

    d. I am not aware of any pending proceeding in which I may be found liable for a debt of the kind described in statement number 12(c) above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/16/2025    SUNNY OMIDVAR
Date          Printed Name              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015
Page 2    F 3015-1.8.DISCHARGE.APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Bayview Circle #100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CERTIFICATE OF COMPLIANCE UNDER 11 U.S.C § 1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/19/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**   notice-efile@rodan13.com
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/19/2025 | Benjamin Heston | /s/ Benjamin Heston |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE