United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-10049-MH |
| Sunny Omidvar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 19, 2025 | Form ID: van110 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sunny Omidvar, 462 South Paseo Serena, Anaheim, CA 92807-4214 |
| 39288585 | + | Broadmoor Northridge Community Assn, c/o The Judge Law Firm, 18881 Von Karman Ave., Suite 1500, Irvine, CA 92612-1582 |
| 40275987 | + | Broadmoor Northridge Community Assoc., c/o The Judge Law Firm ALC, 18650 MacArthur Blvd Ste 450, Irvine, CA 92612-1253 |
| 39409733 | + | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Suite 1500, Irvine, CA 92612-1582 |
| 39480488 | + | Discover Bank, c/o Cir Law Group, LLP, 8665 Gibbs Drive, Ste 150, San Diego, CA 92123-1739 |
| 39481274 | | LHR/Bank of America, c/o Steven A Booska, Ste 720, San Francisco, CA 94104 |
| 39302543 | #+ | Pharus Funding LLC, 10751 N Frank Lloyd Wright Blvd Ste 201, Scottsdale, AZ 85259-2684 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 20 2025 00:52:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 20 2025 00:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2025 00:53:20 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Aug 20 2025 00:52:00 | U.S. Bank NA, successor trustee to Bank of America, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 39317696 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 20 2025 00:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 39288584 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 20 2025 00:52:00 | American Honda Finance, 10801 Walker Street, Suite 140, Cypress, CA 90630-5042 |
| 39288586 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 00:54:20 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 39292287 | + | Email/Text: bankruptcy@cavps.com | Aug 20 2025 00:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 39288587 | | Email/Text: info@hunthenriques.com | Aug 20 2025 00:52:00 | Citibank (South Dakota) NA, c/o Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, CA 95119-1306 |
| 39418877 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 00:53:22 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39288588 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 00:53:19 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

District/off: 0973-8 | User: admin | Page 2 of 3
---|---|---
Date Rcvd: Aug 19, 2025 | Form ID: van110 | Total Noticed: 24

| 39391842 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Aug 20 2025 01:06:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39288589 | + | Email/Text: mike@schulmanlawoffices.com | |
| | | Aug 20 2025 00:52:00 | NDS, LLC, c/o Law Offices of Michael Schulman, 18757 Burbank Blvd, Suite 310, Tarzana, CA 91356-3393 |
| 40161173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Aug 20 2025 00:54:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 39288590 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Aug 20 2025 00:53:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 39288591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Aug 20 2025 01:06:25 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39313222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Aug 20 2025 00:53:00 | U.S. Bank NA, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | *+ | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Ste 1500, Irvine, CA 92612-1582 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Avi Schild | on behalf of Interested Party Courtesy NEF bk@atlasacq.com |
| Benjamin Heston | on behalf of Debtor Sunny Omidvar bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 dcoats@raslg.com |
| James A Judge | on behalf of Creditor Broadmoor Northridge Community Association james@thejudgefirm.com  mary@thejudgefirm.com |

Jennifer C Wong
on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the
WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kristin A Schuler-Hintz
on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the
WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com,
Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com

Nancy L Lee
on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the
WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Sean C Ferry
on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the
WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


TOTAL: 10

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**

Sunny Omidvar
fka Mostafa Omidvar
**SSN:** xxx–xx–3292
**EIN:** N/A

462 South Paseo Serena
Anaheim, CA 92807

**BANKRUPTCY NO.** 8:19–bk–10049–MH
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1.    File a written objection to entry of discharge;

2.    Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and

3.    If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: August 19, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court