United States Bankruptcy Court

Central District of California

In re:  Case No. 19-10049-MH

Sunny Omidvar  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Sep 18, 2025      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sunny Omidvar, 462 South Paseo Serena, Anaheim, CA 92807-4214 |
| 39288585 | + | Broadmoor Northridge Community Assn, c/o The Judge Law Firm, 18881 Von Karman Ave., Suite 1500, Irvine, CA 92612-1582 |
| 40275987 | + | Broadmoor Northridge Community Assoc., c/o The Judge Law Firm ALC, 18650 MacArthur Blvd Ste 450, Irvine, CA 92612-1253 |
| 39409733 | + | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Suite 1500, Irvine, CA 92612-1582 |
| 39480488 | + | Discover Bank, c/o Cir Law Group, LLP, 8665 Gibbs Drive, Ste 150, San Diego, CA 92123-1739 |
| 39481274 | | LHR/Bank of America, c/o Steven A Booska, Ste 720, San Francisco, CA 94104 |
| 39302543 | #+ | Pharus Funding LLC, 10751 N Frank Lloyd Wright Blvd Ste 201, Scottsdale, AZ 85259-2684 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 19 2025 04:36:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 19 2025 04:36:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: PRA.COM | Sep 19 2025 04:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Sep 19 2025 00:43:00 | U.S. Bank NA, successor trustee to Bank of America, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 39317696 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 19 2025 00:44:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 39288584 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 19 2025 00:44:00 | American Honda Finance, 10801 Walker Street, Suite 140, Cypress, CA 90630-5042 |
| 39288586 | | EDI: CITICORP | Sep 19 2025 04:36:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 39292287 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2025 00:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 39288587 | | Email/Text: info@hunthenriques.com | Sep 19 2025 00:44:00 | Citibank (South Dakota) NA, c/o Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, CA 95119-1306 |
| 39418877 | + | EDI: CITICORP | Sep 19 2025 04:36:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39288588 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2025 01:03:32 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 39391842 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 01:03:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39288589 | + | Email/Text: mike@schulmanlawoffices.com | Sep 19 2025 00:43:00 | NDS, LLC, c/o Law Offices of Michael Schulman, 18757 Burbank Blvd, Suite 310, Tarzana, CA 91356-3393 |
| 40161173 | | EDI: PRA.COM | Sep 19 2025 04:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 39288590 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2025 00:44:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 39288591 | + | EDI: CITICORP | Sep 19 2025 04:36:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39313222 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2025 00:44:00 | U.S. Bank NA, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | *+ | Broadmoor Northridge Community Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Ste 1500, Irvine, CA 92612-1582 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Avi Schild | on behalf of Interested Party Courtesy NEF bk@atlasacq.com |
| Benjamin Heston | on behalf of Debtor Sunny Omidvar bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 dacoats@raslg.com |
| James A Judge | on behalf of Creditor Broadmoor Northridge Community Association james@thejudgefirm.com  mary@thejudgefirm.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 24 |

Jennifer C Wong
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kristin A Schuler-Hintz
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com

Nancy L Lee
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Sean C Ferry
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sunny Omidvar<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3292<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   8:19-bk-10049-MH | | |

# Order of Discharge – Chapter 13    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sunny Omidvar
fka Mostafa Omidvar

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/18/25

**Dated:** 9/18/25                    **By the court:**    Mark D. Houle
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**132/KR6**

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| Form 3180W–doa3 | **Order of Chapter 13 Discharge** | page 2 |